258 F.3d 1116 (9th Cir. 2001)
 JUAN ANIBAL AGUIRRE-AGUIRRE, Petitioner,
v.
IMMIGRATION AND NATURALIZATION ORDER SERVICE, Respondent.
 No. 99-70835
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Order Filed July 31, 2001
 
 INS No. Apt-zlm-pcs
 Before: Harry Pregerson, John T. Noonan, and Andrew J. Kleinfeld, Circuit Judges.
 
 ORDER
 
 1
 The INS' motion to correct the order filed on April 17, 2001 is GRANTED.
 
 The order is hereby amended as follows:
 
 2
 At slip opinion page 4692 the sentence: "October 26, 1999, this court remanded the case to the Board" is replaced with:
 
 
 3
 "October 26, 1999, this court denied Aguirre's petition for review.